Anne Trickey
401 Van Ness Ave, Ste 325
San Francisco, CA 94102
Telephone: 415-252-2213

Pro Se Plaintiff

FILED
FEB -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Trickey, an individual,<br><br>    Plaintiff,<br>v.<br><br>Ann Treboux aka Paula Datesh, going by Jeff Wentzel, an individual,<br><br>    Defendant. | Case No.: CV 19 583<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

Plaintiff Anne Trickey ("Trickey") alleges as follows:

**THE PARTIES**

1. Trickey is an individual living and working in the State of California, with their principal place of employment in San Francisco. Trickey is employed by a local government arts agency, the San Francisco Arts Commission, and is a private individual and artist who creates multi-media art pieces and photography which Trickey sometimes choose to share over the Internet on their personal social media accounts.

2. Ann Treboux, aka Paula Datesh ("Treboux"), going by Jeff Wentzel, is an individual known for plagiarizing and illegally selling the work of multiple artists. In June 2018, Treboux assaulted Trickey while Trickey was performing their job duties. A permanent workplace restraining order was issued against Treboux in October 2018.

COMPLAINT

1.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and § 1338 (copyright).

4. This Court has personal jurisdiction over Treboux because Treboux lives and work in San Francisco, California, with a registered PO box in San Franicisco, California.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)&(c) because a substantial part of the events giving rise to the claims occurred, and continue to occur, in this District.

## INTRADISTRICT ASSIGNMENT

6. For the purposes of Local Rule 3-2(c), this action arises in San Francisco, where a substantial part of the events or omissions which give rise to the claims alleged herein occurred and in which a substantial part of the property that is the subject of this action is located.

## THE GENERAL ALLEGATIONS

7. On January 7, 2019, Trickey sent a Digital Millennium Copyright Act (DMCA) request to WordPress c/o Automattic Inc. in regards to the sanfranciscoartscommission.com website, the owner of which had again posted content stolen from one of Trickey's social media accounts, illegally, without notice, credit or permission. This was the second DMCA notice Trickey sent to WordPress c/o Automattic Inc. concerning the sanfranciscoartscommission.com website, a website created by Treboux for the sole purpose of harassment of San Francisco Arts Commission staff, and the sixth DMCA notice Trickey has sent in regards to their stolen content. Other DMCA notices were sent on April 25, 2018 to Wordpress c/o Automattic Inc. and Internet Archive, in August 2018 to Pinterest, on October 25, 2018 to Internet Archive, and on December 6, 2018 to LinkedIn, all regarding three images to which Trickey holds a copyright. On January 23, 2019, Trickey received a DMCA Counter Notice from WordPress c/o Automattic Inc. submitted by Jeff Wentzel, with a listed address of 401 Van Ness. Jeff Wentzel is an alias used by Paula Datesh aka Ann Treboux. 401 Van Ness is the address of Trickey's place of work. It is the Veterans Building of the San Francisco War Memorial Complex. It is not a residential building. The only tenants are arts and veterans organizations. There is no individual by the name of Jeff Wentzel who lives or works at

COMPLAINT

2.

this address.

8.      Jeff Wentzel and jeff.wentzel@aol.com are a name and email address first used by Treboux on November 2, 2017 to request public records through the San Francisco City & Country records request process. Treboux has a long history of using different names to sow confusion, as well as legally changing their name to avoid association with their criminal history. They have used this tactic to harass San Francisco City & County employees for the last 20 years. Starting in 2013, Treboux began harassing Trickey at their place of work, in person, over the phone, and through email. In April 2018, this harassment intensified when Treboux sent an email using the alias Nan Besget, nan.besget@aol.com regarding the website www.sanfranciscoartscommission.com to Trickey at their place of work. This website is using an old logo of the San Francisco Arts Commission, as well as similar branding in order to masquerade as an official website of the City & County of San Francisco. At the time of its initial publication, the website included two images of Trickey stolen from their personal Facebook account, used without permission or copyright by Treboux. Trickey did an internet search and found an additional location where these images had been posted on Internet Archive, archive.org. Trickey followed up with DMCA takedown notices to these two sites, and their content was removed.

9.      In June 2018, Treboux assaulted Trickey while Trickey was performing job duties in regards to investigating Treboux's illegal sales of artwork by a New York artist, Marc Tetro. Marc Tetro's estate has been in contact with Arts Commission staff over the years, sending a cease and desist order through the San Francisco Arts Commission to Datesh/Treboux, and requesting additional evidence of Treboux selling artworks by Marc Tetro to which she does not hold a copyright. In cooperation with the City Attorney, Trickey waited to file for a restraining order until it was guaranteed Treboux could be served in person, as there has been difficulty doing this in the past. After filling for the restraining order, Trickey found their content had been posted on Pinterest. A DMCA notice was sent, and the content was taken down on August 23, 2018. Trickey was granted a permanent workplace restraining order against Treboux on October 23, 2018. After this, Trickey found and notified Internet Archive, archive.org that one of the previously removed images had

COMPLAINT

3.

been reposted. Trickey sent a second DMCA notice in October 2018 and the content was again removed. In December 2018, Trickey found a fake LinkedIn profile under their name using one of the stolen images. A DMCA request was sent and the content was removed. A third image to which Trickey holds the copyright was posted to www.sanfranciscoartscommission.com in January 2019. The subsequent DMCA notice resulted in the first Counter Notice received by Trickey in regards to this ongoing process. While Treboux has used a service to publically mask their identity as the registered owner of www.sanfranciscoartscommission.com, when they responded to in the Counter Notice as Jeff Wentzel, this confirmed that they are the owner of this website as they have been using the Jeff Wentzel alias for the past two years.

10. The permanent workplace restraining order issued in October 2018, prohibits Treboux from contacting Trickey in any way: in person, over the phone, over email, through a third party or by any other means. However, Treboux fled the courtroom before they could be served. This is a tactic previously used by Treboux in 2015 to avoid being served with a restraining order regarding one of Trickey's coworkers, and was not an unexpected move. Because of the difficulty in serving Treboux in person, the San Francisco City Attorney's office was allowed to serve Treboux electronically over email for the 2015 case.

11. Since the issuance of Trickey's permanent workplace restraining order, Treboux has sought to contact Trickey through any means necessary. This includes harassing phone calls, emails, and by through third parties such as calling and emailing Trickey's family members at their place of work out of state, and creating fake LinkedIn profiles, social media accounts, and websites in Trickey's name using the stolen images.

12. Treboux has used a number of known and new aliases to send harassing communications. Stealing Trickey's photographs and artwork from Trickey's personal social media and posting on the www.sanfranciscoartscommission.com and other websites is not only illegal because Treboux does not own the copyright, but also a continuation of the ongoing harassment Treboux directs towards Trickey, which is illegal due to the permanent restraining order.

13. As the photographer and creator of these pictures and artworks, Trickey fundamentally

COMPLAINT

4.

owns the Copyright to these images. In response to the online harassment tactics of Treboux, Trickey filed for a Federal Copyright regarding the three images stolen and used by Treboux on January 24, 2019.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement — 17 USC §101, et seq.)

14. Plaintiff repeats and realleges, as though fully set forth, the allegations contained in paragraphs 1 through 13.

15. In April 2018 through January 2019, Defendant has deliberately and willfully infringed Plaintiff's copyright by copying portions of it verbatim and by making derivative works from it.

16. Defendant's acts, which constitute copyright infringement, have been and continue to be performed without Plaintiff's permission, license or consent.

17. Defendant's conduct has caused damage to Plaintiff, and has unjustly enriched the Defendant, in an amount to be proven at trial.

18. Plaintiff's remedy at law is not adequate. Complete protection of Plaintiff's rights must include an injunction, as well as all other remedies available.

## PRAYER FOR RELIEF

19. WHEREFORE, Trickey respectfully requests that this Court:

20. For a grant of temporary, preliminary and permanent injunctive relief against Defendant, enjoining him/her from continuing to reproduce, distribute copies of, or publicly display any portion of Plaintiff's copyrighted materials, or to participate or assist in any such activity;

21. For an award of damages according to proof at trial of this action;

22. For an award of punitive damages in an amount which is fair and just;

23. For an award of reasonable attorneys' fees;

24. For an award of costs;

25. Enter such other further relief to which Plaintiff may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

COMPLAINT

5.

DATED this 31 day of January, 2019.

_____
Anne Trickey

COMPLAINT

6.