UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANNE TRICKEY,

    Plaintiff,

vs.

ANN TREBOUX,

    Defendant.

Case No: C 19-00583 SBA

**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**

On February 1, 2019, Plaintiff Anne Trickey ("Plaintiff") filed a pro se Complaint, Dkt. 1, along with an Application to Proceed in Forma Pauperis ("IFP"), Dkt. 2. On February 5, 2019, an order issued denying the application to proceed IFP and directing Plaintiff to pay the filing fee of $400 by no later than March 5, 2019. Dkt. 5. Plaintiff was warned that the failure to pay the filing fee by that date would result in the dismissal of the action without prejudice. Id. Plaintiff has not paid the filing fee. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED without prejudice to Plaintiff's ability to refile the action through a paid complaint. The Clerk shall terminate all pending matters and close the file.

IT IS SO ORDERED.

Dated: 3/20/2019

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge